# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13
    Tomeka Magee  :
                      Debtor(s)  : NO.   20-12636 AMC

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan And Schedule J were mailed either first class mail, postage prepaid or electronically on December 11, 2020 to the U.S. Trustee, William C. Miller, Trustee, Tomeka Magee, debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

12-11-2020                                       /s/    MICHAEL A. LATZES
DATE                                            MICHAEL A. LATZES, ESQUIRE
                                                    Attorney for Debtor