# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Tomeka Magee | : |
| | : |
|     Debtor(s) | : NO.   20-12636 AMC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Second Amended Chapter 13 Plan and Schedule J were mailed either first class mail, postage prepaid or electronically on January 22, 2021 to the U.S. Trustee, William C. Miller, Trustee, Topeka Magee, debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

1-22-2021                                                                                    /s/    MICHAEL A. LATZES
DATE                                                                                         MICHAEL A. LATZES, ESQUIRE
                                                                                             Attorney for Debtor