## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tomeka Magee

                Debtor

FREEDOM MORTGAGE CORPORATION

                Movant

        vs.

Tomeka Magee

                Debtor

CHAPTER 13

NO. 20-12636 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about August 3, 2020 (Document No. 16).

                Respectfully submitted,

                **/s/ Rebecca A. Solarz,  Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

January 25, 2021