United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tomeka Magee  
      Debtor

Case No. 20-12636-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin       Page 1 of 3  
Date Rcvd: Jan 26, 2021       Form ID: 155       Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomeka Magee, 7855 Lorna Drive, Philadelphia, PA 19111-2811 |
| 14510983 | + | Best Buy/CBNA, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14510987 | + | Citi Card, P.O. BOX 6500, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6500 |
| 14510984 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Bloomingdales, P.O. BOX 183083, Attn: Bankruptcy Dept., Columbus, OH 43218-3018 |
| 14528856 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558032 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14510988 | | Freedom Mortgage, P.O. BOX 50485, Attn: Bankruptcy Dept., Indianapolis, IN 46250-0485 |
| 14513121 | + | Freedom Mortgage Corporation, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14513001 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558121 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14510989 | + | Home Depot/Citibank, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14518249 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14510990 | + | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Attn: Bankruptcy Dept., Philadelphia, PA 19106-1538 |
| 14518013 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14510994 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Attn: Bankruptcy Dept., Philadelphia, PA 19154-1095 |
| 14510998 | | Target Card Services, P.O. BOX 660170, Attn: Bankruptcy Dept., Dallas, TX 75266-0170 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14510983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:03:06 | Best Buy/CBNA, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14531991 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 03:01:25 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14545784 | | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14510985 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:01:25 | Capital One, P.O. 30285, Attn: Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 14510987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:03:06 | Citi Card, P.O. BOX 6500, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6500 |
| 14510984 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 02:59:48 | Bloomingdales, P.O. BOX 183083, Attn: Bankruptcy Dept., Columbus, OH 43218-3018 |
| 14524159 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:52:00 | Department Stores National Bank, c/o Quantum3 |

Case 20-12636-amc   Doc 32   Filed 01/28/21   Entered 01/29/21 00:53:04   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14510989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:01:28 | Home Depot/Citibank, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14510992 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:01:25 | Marriott Bonvoy, P.O. BOX 15123, Attn: Bankruptcy Dept., Wilmington, DE 19850-5123 |
| 14510986 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:03:03 | Chase Card Services, P.O. BOX 15298, Attn: Bankruptcy Dept., Wilmington, DE 19850-5298 |
| 14529001 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 02:59:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:52:00 | Lane Bryant, World Financial Network National Bank, P.O. BOX 659562, Attn: Bankruptcy Dept., San Antonio, TX 78265-9562 |
| 14512269 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 27 2021 02:53:29 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14510993 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 27 2021 02:53:29 | Navy Federal Credit Union, P.O. BOX 3500, Attn: Bankruptcy Dept., Merrifield, VA 22119-3500 |
| 14517726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 02:59:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14532157 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2021 03:03:05 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14510995 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:03:03 | SYNCB/JC PENNEY, P.O. BOX 965007, Attn: Bankruptcy Dept., Orlando, FL 32896-5007 |
| 14510996 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:03:03 | SYNCB/Lowes, P.O. BOX 965005, Attn: Bankruptcy Dept., Orlando, FL 32896-5005 |
| 14510997 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:03:03 | SYNCB/Walmart, P.O. BOX 965024, Attn: Bankruptcy Dept., Orlando, FL 32896-5024 |
| 14517101 | + | Email/Text: bncmail@w-legal.com | Jan 27 2021 02:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14518121 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14531977 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  wbecf@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Tomeka Magee efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tomeka Magee
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−12636−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 26th day of January, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

31 − 8, 24
Form 155