UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Tomeka Magee | : |
| | : |
|     Debtor(s) | : NO.  20-12636 AMC |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion for Application of Counsel Fee and Reimbursement of Costs with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on March 5, 2021, to the trustee, U.S. Trustee, Tomeka Magee, debtor and all interested parties that filed a Proof of Claim and/or entered their appearance as attorney of record.

Counsel certifies that more than twenty-one (21) days have elapsed since the serving of said notice and neither an objection to the compensation nor an application for administrative expenses have been filed in the above-referenced case and therefore requests that this court award attorney compensation of $4,500.00.

 4-15-21                                      /s/    MICHAEL A. LATZES
 Date                                              MICHAEL A. LATZES, ESQUIRE
                                                        1528 Walnut Street, Suite 700
                                                        Philadelphia, PA   19102
                                                        (215) 545-0200 (Phone)
                                                        (215) 545-0668 (Fax)