**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RE:** | **: CHAPTER 13** |
| Tomeka Magee | : |
| | : |
| Debtor(s) | : NO.  20-12636 AMC |

**O R D E R**

    **IT IS HEREBY ORDERED AND DECREED THAT:**  Debtor's counsel's Application for Allowance of Compensation in the amount of $4.5,000.00 is approved.  From these monies $2,000.00 was paid by debtor prior to filing and $2,500.00 will be paid by the Chapter 13 Trustee. (amount in plan for attorney fees)

**Date: April 16, 2021**

_____
                                                                      J.