## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tomeka Magee  <br>　　　　　　　Debtor(s)  <br><br>FREEDOM MORTGAGE CORPORATION, its successors and/or assigns  <br>　　　　　　　Movant  <br>　　vs.  <br>Tomeka Magee  <br>　　　　　　　Debtor(s)  <br><br>Kenneth E. West Esq.  <br>　　　　　　　Trustee | CHAPTER 13  <br><br>NO. 20-12636 AMC  <br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **01/26/2023**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 01/30/2023