**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Tomeka Magee**<br>　　　　　　　　　　**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Tomeka Magee**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　**Trustee** | BK NO. 20-12636 AMC<br><br>Chapter 13<br><br>Related to Claim No. 13 |

**CERTIFICATE OF SERVICE
PRAECIPE TO WITHDRAW NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 30, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Tomeka Magee
7855 Lorna Drive
Philadelphia, PA 19111

<u>Attorney for Debtor(s)</u>
Michael A. Latzes, Esq.
1528 Walnut Street (VIA ECF)
Suite 700
Philadelphia, PA 19102

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>January 30, 2023</u>

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com