IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
|   Tomeka Magee | : |
| | : |
|            **Debtor(s)** | : NO.  20-12636 amc |

CERTIFICATION OF NO RESPONSE/OBJECTION

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor hereby certifies that the Notice and Motion to Modify were served either electronically or first class mail, postage prepaid, on December 14, 2023, to all parties.

    Counsel certifies that there have been no current objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Chapter 13 Plan.

  1-5-24                                                                  /s/ MICHAEL A. LATZES,E
    Date                                                                      MICHAEL A. LATZES, ESQUIRE
                                                                                  Attorney for Debtor