UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
|     **Tomeka Magee** | **:** |
| | **:** |
|     **Debtor** | **:** |
| | **: NO. 20-12636 amc** |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Amended Chapter 13 Plan per Order to Modify was served upon the following parties by mailing a copy by first class, postage prepaid or by electronic means on January 5, 2023, to the U.S. Trustee, Scott Waterman, Trustee, /Topeka Magee, Debtor, all parties who filed a Proof of Claim and all attorneys who entered their appearance in this matter.


  1-5-24                                                                                     /s/ MICHAEL A. LATZES
Date                                                                       MICHAEL A. LATZES, ESQUIRE
                                                                               Attorney for Debtor
                                                                               1528 Walnut Stree, Suite 710
                                                                               Philadelphia, PA 19102
                                                                               (215) 545-0200