FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tomeka Magee  : CHAPTER 13
      Debtor  :
                                  : No. 20-12636 AMC

**O R D E R**

AND NOW, this 27th day of February, 2024, upon the debtor's Motion to Modify the Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby Ordered that debtor's Motion to Modify Third Amended Plan is hereby **Granted**.

.

BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge