United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12636-amc |
| Tomeka Magee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomeka Magee, 7855 Lorna Drive, Philadelphia, PA 19111-2811 |
| 14513121 | + | Freedom Mortgage Corporation, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14513001 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14558121 | + | Freedom Mortgage Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14510983 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:29:27 | Best Buy/CBNA, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14531991 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 00:30:39 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14545784 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14510985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:29:23 | Capital One, P.O. 30285, Attn: Bankruptcy Dept., Salt Lake City, UT 84130-0285 |
| 14510987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:42 | Citi Card, P.O. BOX 6500, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6500 |
| 14510984 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:19 | Bloomingdales, P.O. BOX 183083, Attn: Bankruptcy Dept., Columbus, OH 43218-3018 |
| 14524159 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14528856 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2024 00:23:00 | FREEDOM MORTGAGE CORPORATION, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14558032 | ^ | MEBN | Nov 14 2024 00:18:44 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, |

Case 20-12636-amc    Doc 75    Filed 11/15/24    Entered 11/16/24 00:41:17    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA. 19106-1541 |
| 14510988 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 14 2024 00:23:00 | Freedom Mortgage, P.O. BOX 50485, Attn: Bankruptcy Dept., Indianapolis, IN 46250-0485 |
| 14510989 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:29:29 | Home Depot/Citibank, P.O. BOX 6497, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-6497 |
| 14510992 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2024 00:30:47 | Marriott Bonvoy, P.O. BOX 15123, Attn: Bankruptcy Dept., Wilmington, DE 19850-5123 |
| 14510986 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2024 00:30:14 | Chase Card Services, P.O. BOX 15298, Attn: Bankruptcy Dept., Wilmington, DE 19850-5298 |
| 14518249 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14510990 | ^ | MEBN | Nov 14 2024 00:18:45 | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Attn: Bankruptcy Dept., Philadelphia, PA 19106-1538 |
| 14529001 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 00:41:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14510991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Lane Bryant, World Financial Network National Bank, P.O. BOX 659562, Attn: Bankruptcy Dept., San Antonio, TX 78265-9562 |
| 14518013 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14512269 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2024 00:23:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14510993 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 14 2024 00:23:00 | Navy Federal Credit Union, P.O. BOX 3500, Attn: Bankruptcy Dept., Merrifield, VA 22119-3500 |
| 14510994 | | Email/Text: CollectionsDept@PFCU.COM | Nov 14 2024 00:23:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Attn: Bankruptcy Dept., Philadelphia, PA 19154-1003 |
| 14517726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 00:30:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14532157 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 00:30:11 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14510995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:23 | SYNCB/JC PENNEY, P.O. BOX 965007, Attn: Bankruptcy Dept., Orlando, FL 32896-5007 |
| 14510996 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:22 | SYNCB/Lowes, P.O. BOX 965005, Attn: Bankruptcy Dept., Orlando, FL 32896-5005 |
| 14510997 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:29:27 | SYNCB/Walmart, P.O. BOX 965024, Attn: Bankruptcy Dept., Orlando, FL 32896-5024 |
| 14517101 | + | Email/Text: bncmail@w-legal.com | Nov 14 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14510998 | | Email/Text: bncmail@w-legal.com | Nov 14 2024 00:23:00 | Target Card Services, P.O. BOX 660170, Attn: Bankruptcy Dept., Dallas, TX 75266-0170 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14518121 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14531977 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Case 20-12636-amc    Doc 75    Filed 11/15/24    Entered 11/16/24 00:41:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Tomeka Magee efiling@mlatzes-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 74 − 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Tomeka Magee | ) | Case No. 20−12636−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

                   Eastern District of Pennsylvania
                   900 Market Street
                   Suite 400
                   Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 13, 2024                                                                                    For The Court

                                                                                                                         Timothy B. McGrath
                                                                                                                         Clerk of Court