# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tomeka Magee<br>**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>**Movant**<br><br>vs.<br><br>**Tomeka Magee**<br>**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>**Trustee** | BK NO. 20-12636 AMC<br><br>Chapter 13<br><br>Related to Claim No. 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 30, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Tomeka Magee
7855 Lorna Drive
Philadelphia, PA 19111

Attorney for Debtor(s)
Michael A. Latzes, Esq.
1528 Walnut Street (VIA ECF)
Suite 700
Philadelphia, PA 19102

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: January 30, 2023

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com